UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

MARIO JAVIER BARAHONA-MUNGUIA

CIVIL ACTION

NO. 10-51-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 15, 2013 (doc. 43) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, as supplemented, is DISMISSED, with prejudice, as untimely pursuant to 28 U.S.C. § 2255(f).

Baton Rouge, Louisiana, this 10th day of May, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA